IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 09-cr-00077-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDNA GAIL RODRIGUEZ,

    Defendant.

## ORDER MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

This matter is before the Court following a supervised release violation hearing held on February 25, 2011.  Defendant admits to violations 1 and 2 as set forth in the violation petition dated September 22, 2010, and the Court finds that Defendant has violated the terms of supervised release.  Accordingly, it is

ORDERED that Defendant be continued on supervised release, and that the conditions of supervision be modified to include the following special condition:

The Defendant shall reside in a Residential Re-entry Center ("RRC") for a period of up to 180 days, to commence as directed by the probation officer, and shall observe the rules of that facility.  It is

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this   10th   day of March, 2011.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge